CO-386-online
10/03

# United States District Court
# For the District of Columbia

P&G, LLC and )
FURIOSO DEVELOPMENT CORPORATION )
)
)
                      Plaintiff )    Civil Action No. 2007 CA 002922 B
       vs )
)
CAMDEN SUMMIT PARTNERSHIP, L.P., and )
CAMDEN SUMMIT, INC. )
)
)
                     Defendant )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for **CAMDEN SUMMIT PARTNERSHIP, L.P.** certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of **CAMDEN SUMMIT PARTNERSHIP, L.P.** which have any outstanding securities in the hands of the public:

**CAMDEN SUMMIT, INC.**
**CAMDEN PROPERTY TRUST**

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

456723
BAR IDENTIFICATION NO.

ALLEN M. GARDNER
Print Name

555 ELEVENTH ST., N.W., SUITE 1000
Address

WASHINGTON  D.C.      20004
City           State        Zip Code

202-637-2270
Phone Number