CO-386-online
10/03

# United States District Court
# For the District of Columbia

P&G, LLC and                                    )
FURIOSO DEVELOPMENT CORPORATION                 )
                                                )
                                                )
                         Plaintiff              )
                    vs                          )        Civil Action No. _2007 CA 002922 B_
                                                )
CAMDEN SUMMIT PARTNERSHIP, L.P., and            )
CAMDEN SUMMIT, INC.                             )
                                                )
                         Defendant              )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for  CAMDEN SUMMIT, INC.  certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of  CAMDEN SUMMIT, INC.  which have

any outstanding securities in the hands of the public:

**CAMDEN PROPERTY TRUST**

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

456723
_____
BAR IDENTIFICATION NO.

ALLEN M. GARDNER
_____
Print Name

555 ELEVENTH ST., N.W., SUITE 1000
_____
Address

WASHINGTON  D.C.              20004
_____
City              State              Zip Code

202-637-2270
_____
Phone Number