CO-386-online
10/03

# United States District Court
# For the District of Columbia

P&G, LLC and )
FURIOSO DEVELOPMENT CORPORATION )
)
)
                Plaintiff )
vs )   Civil Action No. 1:07-CV-00929 JR
)
CAMDEN SUMMIT PARTNERSHIP, L.P. and )
CAMDEN SUMMIT, INC. )
)
                Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for P&G, LLC and FURIOSO DEVELOPMENT CORP. certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of P&G, LLC and FURIOSO DEVELOPMENT CORP. which have any outstanding securities in the hands of the public:

**NONE**

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

202853
BAR IDENTIFICATION NO.

DAVID J. FRANTZ
Print Name

1818 N STREET, N.W. - SUITE 400
Address

WASHINGTON, DC     20036
City    State     Zip Code

(202) 331-7050
Phone Number