UNITED STATES DISTRICT COURT  
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| P & G, LLC et al | : |
| Plaintiffs | : |
| v. | : Civil Action No. 1:07-cv-00929 JR |
| Camden Summit Partnership, L.P. et al | : |
| Defendants | : |

**ENTRY OF APPEARANCE**

Please enter the appearance of David J. Frantz as counsel for the Plaintiffs, P&G, LLC and Furioso Development Corporation.

CONLON, FRANTZ, PHELAN & VARMA, LLP

_____
David J. Frantz   #202853
Michael J. Conlon #215426
1818 N Street, N.W., Suite 400
Washington, DC  20036
Ph: (202)331-7050
Fax: (202) 331-9306
dfrantz@conlonfrantz.com