UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| P & G, LLC et al<br><br>　　　　Plaintiffs<br><br>　　v.<br><br>Camden Summit Partnership, L.P. et al<br><br>　　　　Defendants | Civil Action No. 1:07-cv-00929 JR |

**PLAINTIFFS' CONSENT MOTION FOR ENLARGEMENT OF TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

　　The Plaintiffs, by counsel, David J. Frantz, request a two (2) day enlargement of time to June 7, 2007 to file their Opposition to the Defendants' Motion to Dismiss Counts I and II of the Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. Defendants filed the Motion to Dismiss on Friday, May 25, 2007, and served the Motion by electronic means and by hand delivery. The Plaintiffs' Opposition is due today, June 5, 2007. LCvR 7(b). Defendants' Motion would be dispositive of two of three counts of the Complaint. The Plaintiffs request two (2) additional days to file an Opposition to the Motion.

　　Counsel for the Defendants has authorized Plaintiffs' counsel to represent that the Defendants do not oppose this Motion for Enlargement of Time.

CONLON, FRANTZ, PHELAN & VARMA, LLP

_____
David J. Frantz  #202853
Michael J. Conlon #215426
1818 N Street, N.W., Suite 400
Washington, DC  20036
Ph: (202)331-7050
Fax: (202) 331-9306
dfrantz@conlonfrantz.com

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

P & G, LLC et al

    Plaintiffs

v.

Camden Summit Partnership, L.P. et al

    Defendants

Civil Action No. 1:07-cv-00929 JR

**ORDER**

This matter is before the Court on the Plaintiffs' Motion for Enlargement of Time to File an Opposition to Defendants' Motion to Dismiss the Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. The Plaintiffs request a two (2) day enlargement to June 7, 2007 to file their Opposition and the Defendants do not oppose the Motion. Accordingly, it appearing that the Motion should be granted it is hereby

**ORDERED** that the Plaintiffs' Motion is granted and that the time for the Plaintiffs to file their Opposition to the Defendants' Motion to Dismiss the Complaint be and it hereby is extended to and including June 7, 2007.

_____
James Robertson
United States District Judge

Date: _____