UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| P & G, LLC, *et al.*, | : |
| Plaintiffs, | : |
| v. | : Civil Action No. 07-0929 (JR) |
| CAMDEN SUMMIT PARTNERSHIP, *et al.*, | : |
| Defendants. | : |

**MEMORANDUM ORDER**

Defendants' plain-meaning argument is defeated by the words "excluding any portion thereof which had been deferred from any period prior to said twelve (12)-month period" in the Termination Payment section. If Incentive Payments accrued from earlier periods but still unpaid may be a components of "cash due," as this language suggests they may, then Incentive Payments accrued but not yet payable in the present period would also be "cash due." It is conceivable that this language was employed in contemplation of a year flush with cash, when not only this year's Incentive Payment, but prior years' Incentive Payments as well, would all become payable, but such a reading is not unambiguously clear on the face of the agreement. The motion to dismiss [#7] is **denied**. The Clerk is directed to set an initial scheduling conference pursuant to Local Rule 16.

JAMES ROBERTSON
United States District Judge