**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| P & G, LLC, )<br>)<br>)<br>   and )<br>)<br>FURIOSO DEVELOPMENT CORPORATION )<br>)<br>)<br>)<br>   Plaintiffs, )<br>            v. )<br>)<br>)<br>)<br>CAMDEN SUMMIT PARTNERSHIP )<br>)<br>   and )<br>)<br>CAMDEN SUMMIT, INC. )<br>)<br>)<br>   Defendants. )<br>) | Civil Action No. 1:07-CV-929-JR |

**DEFENDANTS' CONSENT MOTION TO
RESCHEDULE INITIAL SCHEDULING CONFERENCE**

Defendants, by and through undersigned counsel, hereby file this consent motion to reschedule the Initial Scheduling Conference set for July 10, 2007 to one of the following alternative dates: July 24, July 25, or August 15. Defendants also request that (1) all disclosures required by Rule 26 of the Federal Rules of Civil Procedure be submitted five days prior to the rescheduled Initial Scheduling Conference; and (2) the report and proposed order required by LCvR 16.3(d) be submitted seven days prior to the rescheduled Initial Scheduling Conference.

This request is made in order to accommodate the schedules of counsel for both parties. A proposed order is attached.

## CONFERRAL CERTIFICATION

Pursuant to LCvR 7(m), I certify that I, Allen M. Gardner, conferred with counsel for Plaintiffs prior to filing this motion. All parties consent to this motion.

June 29, 2007

/s/ Allen M. Gardner
Allen M. Gardner (Bar. No. 456723)
LATHAM & WATKINS LLP
555 11th Street, N.W.
Suite 1000
Washington, D.C. 20004
Phone: (202) 637-2200
Fax: (202) 637-2201
Allen.Gardner@lw.com

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

   I, Allen Gardner, hereby certify that on this 29th day of June, 2007, I filed the foregoing Motion to Reschedule Initial Scheduling Conference using the Court's CM/ECF system, which will automatically send notification of the filing to the following:

      David Joseph Frantz
      dfrantz@conlonfrantz.com

Dated: June 29, 2007            Respectfully submitted,

               /s/ Allen M. Gardner
               Allen M. Gardner (Bar. No. 456723)
               LATHAM & WATKINS LLP
               555 11th Street, N.W.
               Suite 1000
               Washington, D.C. 20004
               Phone: (202) 637-2200
               Fax: (202) 637-2201
               Allen.Gardner@lw.com

               *Counsel for Defendants*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| P & G, LLC, <br><br> and <br><br> FURIOSO DEVELOPMENT CORPORATION <br><br> Plaintiffs, <br> v. <br><br> CAMDEN SUMMIT PARTNERSHIP <br><br> and <br><br> CAMDEN SUMMIT, INC. <br><br> Defendants. | Civil Action No. 1:07-CV-929-JR |

## {PROPOSED} ORDER

Upon consideration of Defendants' Motion to Reschedule the Initial Scheduling Conference, and the Plaintiffs' consent thereto, the Defendants' Motion is hereby GRANTED. The Pretrial Conference is hereby rescheduled for _____, 2007, at _____. Initial disclosures required by Fed. R. Civ. P. 26 are to be submitted five days prior to the rescheduled Initial Scheduling Conference, and the report and proposed order required by LCvR 16.3(d) are to be submitted seven days prior to the rescheduled Initial Scheduling Conference.

_____                        _____
Date                             Judge James Robertson
                                 U.S. District Court for the District of Columbia

Persons to be served with order:

Allen M. Gardner (Bar. No. 456723)
LATHAM & WATKINS LLP
555 11th Street, N.W.
Suite 1000
Washington, D.C. 20004
Phone: (202) 637-2200
Fax: (202) 637-2201
Allen.Gardner@lw.com


David Joseph Frantz
CONLON, FRANTZ, PHELAN & VARMA, LLP
1818 N Street, NW
Suite 400
Washington, DC 20036
(202) 331-7050
Fax: (202) 331-9306
Email: dfrantz@conlonfrantz.com