UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| P & G, LLC, <br><br> and <br><br> FURIOSO DEVELOPMENT CORPORATION <br><br> Plaintiffs, <br> v. <br><br> CAMDEN SUMMIT PARTNERSHIP <br><br> and <br><br> CAMDEN SUMMIT, INC. <br><br> Defendants. | Civil Action No. 1:07-CV-929-JR |

**DEFENDANTS' CONSENT MOTION TO
EXTEND TIME IN WHICH TO ANSWER PLAINTIFFS' COMPLAINT**

Defendants, by and through undersigned counsel, hereby file this consent motion to extend the time in which to answer Plaintiffs' Complaint to July 13, 2007. A proposed order is attached.

**CONFERRAL CERTIFICATION**

Pursuant to LCvR 7(m), I certify that I, Allen M. Gardner, conferred with counsel for Plaintiffs prior to filing this motion. All parties consent to this motion.

July 11, 2007							/s/ Allen M. Gardner\_\_\_
								Allen M. Gardner (Bar. No. 456723)
								LATHAM & WATKINS LLP
								555 11th Street, N.W.
								Suite 1000
								Washington, D.C. 20004
								Phone: (202) 637-2200
								Fax: (202) 637-2201
								Allen.Gardner@lw.com

								*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I, Allen Gardner, hereby certify that on this 11th day of July, 2007, I filed the foregoing Motion to Extend Time In Which To Answer Plaintiffs' Complaint using the Court's CM/ECF system, which will automatically send notification of the filing to the following:

David Joseph Frantz
dfrantz@conlonfrantz.com

| | |
|---|---|
| Dated: July 11, 2007 | Respectfully submitted, |
| | /s/ Allen M. Gardner |
| | Allen M. Gardner (Bar. No. 456723) |
| | LATHAM & WATKINS LLP |
| | 555 11th Street, N.W. |
| | Suite 1000 |
| | Washington, D.C. 20004 |
| | Phone: (202) 637-2200 |
| | Fax: (202) 637-2201 |
| | Allen.Gardner@lw.com |
| | *Counsel for Defendants* |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| P & G, LLC,<br><br>and<br><br>FURIOSO DEVELOPMENT CORPORATION<br><br>Plaintiffs,<br>v.<br><br>CAMDEN SUMMIT PARTNERSHIP<br><br>and<br><br>CAMDEN SUMMIT, INC.<br><br>Defendants. | Civil Action No. 1:07-CV-929-JR |

**{PROPOSED} ORDER**

Upon consideration of Defendants' Motion to Extend Time In Which To Answer Plaintiffs' Complaint, and the Plaintiffs' consent thereto, the Defendants' Motion is hereby GRANTED. Defendants' Answer is due July 13, 2007.

_____            _____
Date                  Judge James Robertson
                      U.S. District Court for the District of Columbia

Persons to be served with order:

Allen M. Gardner (Bar. No. 456723)
LATHAM & WATKINS LLP
555 11th Street, N.W.
Suite 1000
Washington, D.C. 20004
Phone: (202) 637-2200
Fax: (202) 637-2201
Allen.Gardner@lw.com


David Joseph Frantz
CONLON, FRANTZ, PHELAN & VARMA, LLP
1818 N Street, NW
Suite 400
Washington, DC 20036
(202) 331-7050
Fax: (202) 331-9306
Email: dfrantz@conlonfrantz.com