IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| P & G, LLC,<br><br>and<br><br>FURIOSO DEVELOPMENT CORPORATION<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CAMDEN SUMMIT PARTNERSHIP, L.P.,<br><br>　　and<br><br>CAMDEN SUMMIT, INC.,<br><br>　　　　Defendants. | Civil Action No. 1:07-CV-929-JR |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiffs P & G, LLC, and Furioso Development Corporation ("Furioso") filed this suit in the Superior Court of the District of Columbia on April 25, 2007, alleging beach of contract with respect to a series of agreements between the parties concerning the purchase and development of a multi-storied hotel/apartment building located at 2101 16th Street, Northwest, Washington, DC, commonly known as "Camden Roosevelt," formerly known as "The Roosevelt" (the "Property"). Defendants Camden Summit Partnership, L.P. and Camden Summit, Inc. ("Camden Summit") removed the case to this Court on May 18, 2007.

The Parties have reached an agreement that was approved and signed on November 9, 2007 that resolves the issues raised in this lawsuit, and that requires dismissal of this action with prejudice with each party to bear its own costs and fees. Accordingly, pursuant to Federal Rule

of Civil Procedure 41, and for the above stated reasons, the parties have conferred and agree and stipulate that:

    1.    This action shall be dismissed with prejudice upon order of the Court; and

    2.    Each party shall bear its own costs and fees, including but not limited to, attorneys fees; and

For the foregoing reasons, the parties respectfully request that the Court, in the exercise of its discretion, promptly approve and order this stipulated dismissal with prejudice.

Respectfully submitted this 9th day of November, 2007,

| | |
|---|---|
| /s/ David J. Frantz | /s/ Allen M. Gardner |
| David J. Frantz (D.C. Bar No. 202853) | Allen M. Gardner (D.C. Bar No. 456723) |
| CONLON, FRANTZ, PHELAN & VARMA, LLP | LATHAM & WATKINS LLP |
| 1818 N. Street, N.W., Suite 400 | 555 Eleventh Street, N.W., Suite 1000 |
| Washington, D.C. 20036 | Washington, D.C. 20004-1304 |
| Phone: (202) 331-7050 | Phone: (202) 637-2200 |
| Facsimile: (202) 331-9306 | Facsimile: (202) 637-2201 |
| | |
| Counsel P & G, LLC, and Furioso Development Corporation | Counsel for Camden Summit Partnership, L.P. and Camden Summit, Inc. |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| P & G, LLC,<br><br>and<br><br>FURIOSO DEVELOPMENT CORPORATION<br><br>Plaintiffs,<br><br>v.<br><br>CAMDEN SUMMIT PARTNERSHIP, L.P.,<br><br>and<br><br>CAMDEN SUMMIT, INC.,<br><br>Defendants. | Civil Action No. 1:07-CV-929-JR |

## [PROPOSED] ORDER

This matter having come before the Court on the parties' Stipulation of Dismissal With Prejudice. Upon consideration of this stipulation, and based on its terms, it is now therefore ORDERED that the Stipulation of Dismissal With Prejudice is hereby GRANTED. Pursuant to Rule 41 of the Federal Rules of Civil Procedure, this action is dismissed with prejudice, each party to bear its own costs and fees.

It is so ORDERED this ___ day of November, 2007.

_____
HONORABLE JAMES ROBERTSON
UNITED STATES DISTRICT JUDGE